El Pueblo, Apelado, *v.* Meléndez, Apelante.

Corte de Distrito de Ponce.

No. 2098.—Resuelto en febrero 19, 1924.

El único error señalado por el apelante es la negativa del juez sentenciador a conceder una moción de nuevo juicio fundada en que el veredicto fué contrario a la ley y a la prueba. *Se resolvió:* que no hay envuelta cuestión alguna verdadera de derecho y la discusión se refiere a la apreciación de la prueba tratándose de demostrar un abuso de discreción.

Un examen de los autos no revela un abuso tal que justifique una revocación y un análisis de todos los hechos carecería de finalidad práctica, por lo cual se confirmó la sentencia.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.